No. 174, Misc.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Petition for writ of certiorari dismissed August 14, 1969, pursuant to Rule 60 of the Rules of this Court. *G. S. Crihfield* for petitioner.  *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 330, Misc.  BRUNO v. LOUISIANA.  Sup. Ct. La. Petition for writ of certiorari dismissed August 18, 1969, pursuant to Rule 60 of the Rules of this Court.  *G. Wray Gill, Sr.,* and *George M. Leppert* for petitioner.  ▮

No. 287.  BILBAO-BASTIDA v. IMMIGRATION AND NAT-URALIZATION SERVICE.  C. A. 9th Cir.  Petition for writ of certiorari dismissed September 25, 1969, pursuant to Rule 60 of the Rules of this Court.  *David Rein* for petitioner.  *Solicitor General Griswold* for respondent.  ▮